N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JENNIFER LUEKEN,
Plaintiff,

v.

HSHS ST. ANTHONY'S MEMORIAL
HOSPITAL,
Defendant.

Case No. 20–CV–00695–JPG

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Jennifer Lueken's Complaint against Defendant HSHS St. Anthony's Memorial Hospital is **DISMISSED WITHOUT PREJUDICE**.

**Dated: Tuesday, March 3, 2021**　　　　　　　　**MARGARET M. ROBERTIE**
　　　　　　　　　　　　　　　　　　　　　　　　**CLERK OF COURT**

　　　　　　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**UNITED STATES DISTRICT JUDGE**